470 A.2d 1046

In the Interest of Joseph R. Spade.

Argued October 27, 1983. Carmela R.M. Presogna, Assistant Public Defender, for appellant; Dana S. Jones, Assistant District Attorney, for participating party.

Before CAVANAUGH, JOHNSON and MONTGOMERY, JJ.

Appeal dismissed.

470 A.2d 1046

Krippendorff, Appellant, v. Krippendorff.

Argued September 20, 1983. Charles C. Shainberg, for appellant; Mary Cushing Doherty, for appellee.

Before CIRILLO, JOHNSON and CERCONE, JJ.

Order affirmed.